

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of D.C., a child,        * From the 326th District Court
                                           of Taylor County,
                                           Trial Court No. 10829-CX.

No. 11-25-00135-CV                        * June 19, 2025

                                          * Memorandum Opinion by Trotter, J.
                                            (Panel consists of: Bailey, C.J.,
                                            Trotter, J., and Williams, J.)

This court has considered Appellant's motion to dismiss this appeal and concludes that the motion should be granted.   Therefore, in accordance with this court's opinion, the appeal is dismissed.